SARAH H. PECK, Executrix, etc., Appellant, *v.* ANDREW J. PECK, Respondent.

(Argued March 23, 1885 ; decided April 14, 1885.)

*Charles M. Da Costa* for appellant.

*Luke A. Lockwood* for respondent.

Agree to affirm on opinion below ; no opinion.
All concur.
Order affirmed and judgment absolute against plaintiff.

———————

FRANKLIN M. MINER, Respondent, *v.* CITY OF BUFFALO, Appellant.

(Submitted March 23, 1885 ; decided April 14, 1885.)

*Giles E. Stilwell* for appellant.

*George L. Lewis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

———————

JOSEPH ANDRADE et al., Appellants, *v.* SAMUEL M. COHEN, Administrator, etc., Respondent.

(Argued March 24, 1885; decided April 14, 1885.)

*A. R. Dyett* for appellants.

*Samuel Hand* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.